1116

No. 96–970. ERWIN ET AL. *v.* DALEY ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–971. BERNDT *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 96–972. MANDRGOC *v.* PATAPSCO & BACK RIVERS RAILROAD CO. C. A. 4th Cir. Certiorari denied.

No. 96–973. PRODUCE PLACE *v.* DEPARTMENT OF AGRICULTURE ET AL. C. A. D. C. Cir. Certiorari denied.

No. 96–975. CROSETTO *v.* WISCONSIN STATE BAR. C. A. 7th Cir. Certiorari denied.

No. 96–977. SOUTH AFRICAN AIRWAYS *v.* BRINK'S LTD. C. A. 2d Cir. Certiorari denied.

No. 96–980. BILLMYER *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 96–981. UNITED FARMERS AGENTS ASSN., INC., ET AL. *v.* FARMERS INSURANCE EXCHANGE ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–982. SOKOLOW *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–983. ULCZYCKI, EXECUTOR OF THE ESTATE OF ULCZYCKI, DECEASED *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–984. OSINOWO *v.* COMPTROLLER OF THE CITY OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 96–988. CURD *v.* CITY OF SEARCY ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–993. BROWN, PROBATE JUDGE FOR JASPER COUNTY, SOUTH CAROLINA *v.* SOUTH CAROLINA BOARD OF COMMISSIONERS ON JUDICIAL STANDARDS. Sup. Ct. S. C. Certiorari denied.

No. 96–996. COX *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.